**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-cv-00091 |
| | § | |
| 2.726 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, STATE | § | |
| OF TEXAS, AGUINALDO VILLARREAL, | § | |
| *et al.*, | § | |
| *Defendants.* | § | |

## <u>COMPLAINT IN CONDEMNATION</u>

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385

**UNITED STATES ATTORNEY'S OFFICE**
**SOUTHERN DISTRICT OF TEXAS**
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

# SCHEDULE

# A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

# **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tracts:  RGV-MCS-2101, RGV-MCS 2101-1
Owner: Aguinaldo Villarreal, *et al.*
Acreage: 2.726

Tract RGV-MCS-2101

**BEING** a 2.616 acres (113,949 square feet) parcel of land, more or less, being out of the José Mariá Ballí Survey, Abstract No. 26, Hidalgo County, Texas, being out of Tract 103, Share 72, Map of Los Ejidos de Reynosa Viejo recorded in Volume 7, Page 5, Map Records of Hidalgo County, Texas and being the same tract of land conveyed to Aguinaldo Villarreal and wife, Amalia C. Villarreal by Gift Deed, Document number 3023908 recorded 19 June, 2019, Deed Records of Hidalgo County, Texas, said 2.616 acres (113,949 square feet) parcel of land being more particularly described by metes and bounds as follows;

**BEGINNING** at a found aluminum U.S. Fish & Wildlife Service disk stamped "TR 430 A COR 6" for a westerly interior corner of Tract RGV-MCS-2101, said point being an interior corner in the west line of Tract 103, the southerly northeast corner of a called 56.564 acre tract conveyed to  the United States of America by Warranty Deed recorded in Instrument No. 2000-911132, Official Records of Hidalgo County, Texas ("Tract 430a"), an exterior corner in the east line of a called 1.23 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 905, Page 401, Deed Records of Hidalgo County, Texas ("R/W 925-H") and an interior corner in the west line of a called 1.06 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 880, Page 580, Deed Records of Hidalgo County, Texas ("R/W 899-H"), said point having a coordinate value of N=16594957.523, E=1014756.522;

**THENCE** N 09°11'47" E (N 00°50'00" E, Record), with the west line of Tract 103, the east line of the 56.564 acre tract, the west line of the "R/W 899-H" levee right-of-way and the east line of the "R/W 925-H" levee right-of-way, passing at 15.90 feet the northerly northeast corner of the 56.564 acre tract and the southeast corner of the remainder of Tract 102, Share 72 of Los Ejidos de Reynosa Viejo, continuing for a total distance of 174.80 feet to a found aluminum U.S. Fish & Wildlife Service disk for the northwest corner of Tract RGV-MCS-2101, said point being at the northeast corner of the "R/W 899-H" levee right-of-way and the northwest corner of the "R/W 925-H" levee right-of-way, said point being in the west line of Tract 103 and the east line of the remainder of Tract 102;

## SCHEDULE C (Cont.)

**THENCE** S 69°54'07" E, departing the east line of the remainder of Tract 102, over and across Tract 103 and the "R/W 899-H" levee right-of-way, for a distance of 115.62 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-MCS-2101-3=2102-5" for the northeast corner of Tract RGV-MCS-2101, said point being in the east line of Tract 103, the east line of the "R/W 899-H" levee right-of-way, the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 930, Page 448, Deed Records of Hidalgo County ("R/W 840-H") and the west line of a called 244.484 acre tract conveyed to the Dougherty Heirs by Partition Deed recorded in Volume 1807, Page 740, Deed Records of Hidalgo County, Texas ("Exhibit B, Tract 2");

**THENCE** S 08°39'26" W (S 00°17'00" W, Record), with the east line of Tract 103, the east line of the "R/W 899-H" levee right-of-way, the west line of the "R/W 840-H" levee right-of-way and the west line of the 244.484 acre tract, for a distance of 308.35 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-MCS-2101-4=2102-4" for a point online of Tract RGV-MCS-2101, said point being in the east line of Tract 103, the east line of the "R/W 899-H" levee right-of-way, the west line of the "R/W 840-H" levee right-of-way and the west line of the 244.484 acre tract, said point bears S 89°46'00" W, a distance of 799.98 feet from United States Army Corps of Engineers Control Point No. 100;

**THENCE** S 08-39-26 W continuing with the east line of Tract 103, the east line of the "R/W 899-H" levee right-of-way, the west line of the "R/W 840-H" levee right-of-way and the west line of the 244.484 acre tract, for a distance of 505.70 feet to the South East corner of this acquisition tract and the south east corner of the parent tract fulfilling the owners request to acquire the entire parcel;

**THENCE** N 81-21-13 W, over and across Tract 103 and the "R/W 899-H" levee right-of-way, for a distance of 143.92 feet along the southern line of the Manuel Cantu tract found in Vol 1630, 439 Hidalgo County deed records;

**THENCE** N 08-38-47 E a distance of 530.92 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-MCS-2100-3=2101-5" for a point online of Tract RGV-MCS-2101, said point being in the west line of Tract 103, the west line of the "R/W 899-H" levee right-of-way, the east line of the 56.564 acre tract and the east line of the "R/W 925-H" levee right-of-way;

**THENCE** with the common lines of Tract 103, the 56.564 acre tract, the "R/W 899-H" levee right-of-way and the "R/W 925-H" levee right-of-way, the following courses and distances:
- N 08°38'47" E (N 00°17'00" E, Record), for a distance of 131.28 feet to a found aluminum U.S. Fish & Wildlife Service disk for the westerly exterior corner of Tract RGV-MCS-2101;

## <u>SCHEDULE C (Cont.)</u>

- S 81°21'13" E (S 89°43'00" E, Record), for a distance of 29.00 feet to the **PLACE OF BEGINNING** containing 2.616 of one acre (113,949 square feet) of land, more or less.

Tract RGV-MCS-2101-1

**Being** a 0.110 of one acre (4,774 square feet) parcel of land, being out of the José Mariá Ballí Survey, Abstract No. 26, Hidalgo County, Texas, being out of Tract 102, Share 72, Map of Los Ejidos de Reynosa Viejo recorded in Volume 7, Page 5, Map Records of Hidalgo County, Texas and being the same tract of land conveyed to Aguinaldo Villarreal and wife, Amalia C Villarreal by Gift Deed, Document number 3023908 recorded 19 June, 2019, Deed Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found aluminum U.S. Fish & Wildlife Service disk for the northeast corner of Tract RGV-MCS-2101-1, said point having a coordinate value of N=16595130.076, E=1014784.459, said point being in the east line of Tract 102 and the west line of Tract 103, said point being at the northeast corner of a called 1.23 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 905, Page 401, Deed Records of Hidalgo County, Texas ("R/W 925-H") and the northwest corner of a called 1.06 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 880, Page 580, Deed Records of Hidalgo County, Texas ("R/W 899-H"), said point bears N 68-24-08 W, a distance of 927.24' from United States Army Corps of Engineers Control Point No. 100;

**Thence:** S 09-11-47 W, with the east line of Tract 102, the east line of the "925-H" river levee right-of-way, the west line of Tract 103 and the west line of the "899-H" river levee right-of-way, a distance of 158.90' to a point for the southeast corner of Tract RGV-MCS-2101-1, said point being at the southeast corner of the remainder of Tract 102 and the northeast corner of a called 56.564 acre tract conveyed to the United States of America by Warranty Deed recorded in Instrument No. 2000-911132, Official Records of Hidalgo County, Texas ("Tract 430a"), said point being in the west line of Tract 103, the west line of the "899-H" river levee right-of-way and the east line of the "925-H" river levee right-of-way;

**Thence:** N 71-24-23 W, departing the west line of Tract 103 and the west line of the "899-H" river levee right-of-way, with the south line of the remainder of Tract 102 and the north line of the 56.564 acre tract, over and across the "925-H" river levee right-of-way, for a distance of 29.60' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-2101-1-3" for the southwest corner of Tract RGV-MCS-2101-1, said point being the south line of the remainder of Tract 102 and the north line of the 56.564 acre tract, said point being within the "925-H" river levee right-of-way;

## SCHEDULE C (Cont.)

**Thence:** departing the north line of the 56.564 acre tract, over and across Tract 102 and the "925-H" river levee right-of-way, the following courses and distances:

- N 08-38-47 E, for a distance of 159.99' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-2101-1-4" for the northwest corner of Tract RGV-MCS-2101-1, said point being in the north line of the "925-H" river levee right-of-way;

- S 69-54-07 E, for a distance of 31.30' to the **Place of Beginning.**

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 09°11'47" E | 174.80' | N 00°50'00" E | N/A |
| L2 | S 69°54'07" E | 115.62' | N/A | N/A |
| L3 | S 08°39'26" W | 308.35' | S 00°17'00" W | N/A |
| L4 | S 08°39'26" W | 505.70' | S 00°17'00" W | N/A |
| L5 | N 81°20'54" W | 143.85' | N 89°43'00" W | 144.00' |
| L6 | N 08°38'47" E | 530.92' | N 00°17'00" E | N/A |
| L7 | N 08°38'47" E | 131.28' | N 00°17'00" E | N/A |
| L8 | S 81°21'13" E | 29.00' | S 89°43'00" E | 29.00' |
| L9 | S 89°46'00" W | 799.98' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16594957.523 | 1014756.522 | RGV-MCS-2100-1-1=2101-1 |
| 2 | 16595130.076 | 1014784.459 | RGV-MCS-2101-2=2101-1-1 |
| 3 | 16595090.345 | 1014893.042 | RGV-MCS-2101-3=2102-5 |
| 4 | 16594785.508 | 1014846.628 | RGV-MCS-2101-4=2102-4 |
| 5 | 16594285.570 | 1014770.508 | CALCULATED POINT |
| 6 | 16594307.209 | 1014628.299 | CALCULATED POINT |
| 7 | 16594632.097 | 1014708.116 | RGV-MCS-2100-3=2101-5 |
| 8 | 16594961.883 | 1014727.852 | RGV-MCS-2100-2=2101-6 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 11/7/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION NO. 10019000
7266 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-215-1818

| | | | | | BY | DATE | | |
|---|---|---|---|---|---|---|---|---|
| METES & BOUNDS SURVEY | | Mark | Description | Date | Appl. | Drawn | LMK | 11/18 |
| AGUINALDO VILLARREAL | | 1 | Revisions made | 3/5/19 | | Checked | LMK | 11/18 |
| & WIFE, AMALIA C. VILLARREAL | | 2 | Boundary change / Graphical change | 3/14/19 | | Surveyed | JDB | 11/18 |
| TRACT No. RGV-MCS-2101 | | | | | | Fld Bk. # | THROVN-7-1-M1 | |
| HIDALGO COUNTY TEXAS | | CONTRACT NO.: W91278-14-D-0013 T.O.: W45XMA8157798T0001 | | | | | | |





MDS PROJ. NO. 18-200-00    FILE NAME: RGV-MCS-2101    DATE: 2/14/2020

# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tracts: RGV-MCS-2101, RGV-MCS 2101-1
Owner: Aguinaldo Villarreal, *et al.*
Acreage: 2.726

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tracts:  RGV-MCS-2101, RGV-MCS 2101-1
Owner: Aguinaldo Villarreal, *et al.*
Acreage: 2.726


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY ONE

THOUSAND FIVE HUNDRED DOLLARS AND NO/100 ($21,500.00), to be deposited

herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Aguinaldo Villarreal**<br>Mission, TX 78574 | Gift Deed, Document #2019-3023908; Recorded June, 19, 2019 in Deed Records of Hidalgo County, Texas. |
| **Amalia C. Villarreal**<br>Mission, TX 78574 | |
| **San Juanita Hernandez**<br>Penitas, TX 78576<br>*Heir of Estanislado Cantu* | Warranty Deed, Document #1979-21379; Recorded July 16, 1979 in Deed Records of Hidalgo County, Texas; and |
| **Maria Magdalena Cantu**<br>Mission, TX 78572<br>*Heir of Estanislado Cantu* | Gift Deed, Document #2019-3023908; Recorded June 19, 2019 in Deed Records of Hidalgo County, Texas. |
| **Hidalgo County Tax Assessor & Collector**<br>Pablo (Paul) Villarreal, Jr.<br>2804 S. Business Highway 281<br>Edinburg, TX 78539 | **Lots 102 & 103 Hidalgo Cnty Acct. #s:**<br>Account Number: L60500000001022<br>Appraisal District Number: 222248<br><br>Account Number: L605000000010300<br>Appraisal District Number: 222249<br><br>Account Number: L605000000010310<br>Appraisal District Number: 222250 |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                             *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 330 Federal Employers' | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | Liability | Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | | ☐ 480 Consumer Credit |
| ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN
## COMPLAINT:

☐   CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐No

## VIII. RELATED CASE(S)
## IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #              AMOUNT                   APPLYING IFP                   JUDGE                   MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**    **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**    **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**    **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.