IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | NO. 7:20-CV-00091 |
| 2.726 ACRES OF LAND, MORE OR LESS,<br>SITUATE IN HIDALGO COUNTY,<br>STATE OF TEXAS, AGUINALDO<br>VILLARREAL, et al. | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants, | § | |

## VERIFIED CLAIM OF HIDALGO COUNTY, TEXAS, et al.

CLAIMANTS, Hidalgo County, Texas, Hidalgo County Drainage District No. 1, South Texas Independent School District, and South Texas College. ("Taxing Authorities"), file this Verified Claim and would show the following:

1. The real property which is the subject of this action and on which this claim is filed is described in the United States' Complaint in Condemnation (filed March 31, 2020) and identified as follows:

    **The legal Description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D".**

2. Taxing Authorities are units of local government of the State of Texas.

3. This claim is filed by the undersigned attorney as the agent for Claimants and he is duly authorized to assert this claim on their behalf by virtue of a contract between the law firm and the

Claimants for collection of delinquent ad valorem taxes made pursuant to TEX. PROP. TAX CODE ANN. §6.30(c).

4. Taxing Authorities are political subdivisions of the State of Texas authorized by Chapter 33 of the TEX. PROP. TAX CODE ANN. to levy and collect ad valorem taxes, costs and expenses on the subject property. Any offsets and credits existing against the amounts due will be allowed.

5. Claimants are taxing units as defined by TEX. PROP. TAX CODE ANN. §1.04(12), and as such, levied ad valorem taxes on the subject property for the years and in the amounts appearing below:

| **Property** | **Acct No.** | **Tax Year** | **Base Tax** |
|---|---|---|---|
| 2.31 acres Domingo Trevino | L605000000010300 | 1991-2019 | $2,102.02 |
| 2.00 acres Domingo Trevino | L605000000010310 | 1991-2019 | $1,820.06 |
| 7.10 acres Domingo Trevino | L605000000010220 | 2020 | TBD |

Claimants will levy ad valorem taxes on the subject property for 2020 in an amount to be determined. (*See* Exhibit 1, Tax Statements). Claimants also sought to collect outstanding taxes on the subject property pursuant to section 33.41, et seq Tex. Prop. Tax Code Ann. Such effort resulted in the accrual of court costs in the amount of $300.00 and abstract fees in the amount of $250.00 all pursuant to section 33.48 of the Code and also a lien on the subject property.

6. Section 32.01 of the Texas Property Tax Code creates a lien which perfects on January 1 of each tax year to the benefit of the Taxing Authorities to secure payment of *all* tax, penalty and interest imposed on the property. Likewise, section 33.48 of the Code creates a lien for the recovery of all costs and expenses of collection. Those liens constitute valid, good faith interest in the subject property which are superior to all interest by virtue of TEX. PROP. TAX CODE ANN. §32.05.

7. Claimants reserve the right to amend this claim.

Respectfully Submitted,

ATTORNEY FOR TAXING AUTHORITIES

By: Douglas Steven Bird
DOUGLAS STEVEN BIRD
State Bar No. 02331330
Southern Admission No. 343883
LORI GRUVER
State Bar No. 24007283
Southern Admission No. 22963
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 693-0728 (Facsimile)

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority on this day personally appeared Douglas Steven Bird, who being first duly sworn on oath deposed and said that he is the attorney for the Taxing Authorities as a partner in the law firm of Linebarger Goggan Blair & Sampson, LLP, and as such is authorized to make the foregoing petition on their behalf by virtue of a contract between the law firm and the Taxing Authorities for Collection of delinquent ad valorem taxes made pursuant to TEX. PROP. TAX CODE ANN. §6.30(c), that he has read the foregoing petition, has personal knowledge of each of the allegations set forth therein, and that each of those allegations is true and correct.

/s/ Douglas Steven Bird
Douglas Steven Bird

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Douglas Steven Bird, this the 13th day of May, 2020, to certify which witness my hand and seal of office.



/s/ Lydia Rose Verosky
NOTARY PUBLIC, State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically and is to be served by electronic transmission to all parties on the court's electronic mailing matrix on May 13, 2020.

/s/ Douglas Steven Bird
Douglas Steven Bird